**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Garcia, | ) Case No. 2:11-cv-01552-DGC |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITHOUT** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| General Revenue Corporation dba Student | ) |
| Outreach Solutions, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case Without Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 31ST day of August, 2011.

By: s/Marshall Meyers
    Marshall Meyers
    WEISBERG & MEYERS, LLC
    5025 North Central Ave., #602
    Phoenix, AZ 85012
    602 445 9819
    866 565 1327 facsimile
    mmeyers@AttorneysForConsumers.com
    Attorney for Plaintiff

1  Filed electronically on this 31st day of August, 2011, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
      Jessica DeCandia
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28